IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRYAN WHITNEY,

    Petitioner,

v.   CASE NO.  4:13-cv-129-MW/CAS

N. C. ENGLISH,

    Respondent.
_____/

## ORDER CONFIRMING THIS COURT IS NOT DIVESTED OF JURISDICTION

This Court has considered, without hearing, Petitioner's "Appeal of Magistrate's Decision."  ECF No. 16.

Petitioner, proceeding pro se, filed a petition for habeas corpus pursuant to 28 U.S.C. § 1915.  ECF No. 1.  Petitioner subsequently filed an amended petition, ECF No. 3, to which Respondent has filed a response.  ECF No. 10.  Thereafter, Petitioner moved for "summary judgment" arguing that Respondent failed to file a responsive pleading.  ECF No. 12.  By order dated April 1, 2014, the Magistrate denied the motion concluding that a judgment by default is not appropriate in a habeas corpus proceeding.  ECF No. 15.  Now, Petitioner appeals the denial of his motion seeking a default judgment.  ECF No. 16.

"Appellate courts are without jurisdiction to hear appeals directly from federal magistrates." *United States v. Renfro*, 620 F.2d 497, 500 (5th Cir. 1980). Moreover, "a notice of appeal filed with respect to a non-appealable order does not have any effect on the district court's jurisdiction." *United States v. Riolo*, 398 F. App'x 568, 571 (11th Cir. 2010).

For these reasons,

IT IS ORDERED:

This Court is not divested of jurisdiction and shall consider the magistrate's report and recommendation upon its submission once petitioner has been afforded an opportunity to object to same.

**SO ORDERED on April 14, 2014.**

                **s/Mark E. Walker**
                **United States District Judge**