IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRYAN WHITNEY,**

    Petitioner,

v.                            Case No. 4:13cv129-MW/CAS

**N. C. ENGLISH,
Warden,**

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 20. Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Inasmuch as Petitioner has failed to show entitlement to proceed, the amended petition for writ of habeas corpus filed under 28 U.S.C.§ 2241, ECF No. 6, is **DISMISSED** for lack of jurisdiction. The Clerk shall close the file.

    **SO ORDERED on October 6, 2015.**

                                            **s/Mark E. Walker           
United States District Judge**